# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00220-CV

**University Interscholastic League, Appellant**

**v.**

**Nicholas Cordell Larsen, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-001053, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss appeal. They state that they have reached a settlement and request that this Court set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement. They have attached a copy of the parties' settlement agreement to their motion. Accordingly, we grant the parties' motion. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Vacated and Remanded on Joint Motion

Filed:   August 18, 2022